# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ANDREW CHANEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID E. COVINGTON, II., and<br>COVINGTON & ASSOCIATES, LLC<br><br>　　　　Defendants. | Civil Action No.: 7:25-cv-91(LAG) |

## NOTICE OF SETTLEMENT

Plaintiff ANDREW CHANEY, by and through undersigned counsel, hereby notifies the Court that the Parties have reached a full and final settlement of all claims asserted in this action. The Parties are in the process of finalizing the settlement and will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within thirty (30) days.

Respectfully submitted,　　　　　　　　Date: September 17, 2025

　　　　　　　　　　　　　　　　　　　　/s/ Jason M. Gordon

1

                                                _____
                                                Georgia Bar No. 722539
                                                Gordon@Law4GA.com
                                                Law for Georgia, LLC
                                                6075 Barfield Road
                                                Sandy Springs, Georgia. 30328
                                                Telephone: (470) 222-8406
                                                Facsimile: (470) 232-1098

                                                *Attorney for Plaintiff*
                                                *Andrew Chaney*